# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ,<br><br>        Petitioner,<br><br>   v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | 1:07-cv-0500-LJO-TAG HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a civil detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000)

Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **April 23, 2007**                                              **/s/ Theresa A. Goldner**
                                                                                              UNITED STATES MAGISTRATE JUDGE