IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ENEPI SISNEROZ, | 1:07-cv-00500-LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | (Doc. 14) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

28 U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion to extend time to file a traverse.

Good cause having been presented to the court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order in which to file a

traverse.


IT IS SO ORDERED.

Dated:   **May 16, 2008**                                              **/s/ Theresa A. Goldner**
                                                                        UNITED STATES MAGISTRATE JUDGE